# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

143058 & (5)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JASON HANKINS,
            Plaintiff,

v                                                                SC: 143058
                                                                 AGC: 2627/10
                                                                        2674/10

ATTORNEY GRIEVANCE COMMISSION,
            Defendant.

_____/

     On the order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.  The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011                                    _____

p0829                                                                        Clerk